UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

GORDIUM INNOVATIONS LLC,

     Plaintiff,

v.

SMC NETWORKS, INC.,

     Defendant.

Case No. 13-cv-1498

JURY TRIAL DEMANDED

## NOTICE OF SERVICE

PLEASE TAKE NOTICE THAT, on June 27, 2014, true and correct copies of *Defendant SMC Networks, Inc.'s Responses to Plaintiff Gordium Innovations, LLC's First Set of Requests for Production Nos. 1-42* and *Defendant SMC Networks, Inc.'s Responses to Plaintiff Gordium Innovations, LLC's First Set of Interrogatories Nos. 1-2* were served via electronic mail upon the parties below.

Timothy Devlin, Esquire
Devlin Law Firm LLC
1220 Market Street
Suite 850
Wilmington DE 19801
(302) 300-4626
tdevlin@devlinlawfirm.com

Richard C. Weinblatt, Esquire
Stamatios Stamoulis, Esquire
STAMOULIS & WEINBLATT LLC
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809
(302) 999-1540
weinblatt@swdelaw.com
stamoulis@swdelaw.com

Dated:  June 27, 2014

**O'KELLY ERNST & BIELLI, LLC**

*/s/ Sean T. O'Kelly*

Sean T. O'Kelly (No. 4349)
901 North Market Street, Suite 1000
Wilmington, DE 19801
(302) 778-4000
(302) 295-2873 (facsimile)
sokelly@oeblegal.com

*Attorneys for Defendant*
*SMC Networks, Inc.*

**OF COUNSEL:**

Richard C. Vasquez (admitted pro hac vice)
Jeffrey T. Lindgren (admitted pro hac vice)
Eric W. Benisek (admitted pro hac vice)
Robert S. McArthur (admitted pro hac vice)
Stephen C. Steinberg (admitted pro hac vice)
VASQUEZ BENISEK & LINDGREN LLP
3685 Mt. Diablo Blvd., Suite 300
Lafayette, CA 94549
Telephone: (925) 627-4250
Facsimile: (925) 403-0900
rvasquez@vbllaw.com
jlindgren@vbllaw.com
ebenisek@vbllaw.com
mcarthur@vbllaw.com
ssteinberg@vbllaw.com